# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-35107

**Case Name** Committee to Recall Dan Holladay et al v. City of Oregon City and S

**Counsel submitting this form** Jesse Buss, OSB No. 122919

**Represented party/parties** Plaintiffs/Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs/Appellants were the proponents of a petition to recall Dan Holladay, then-Mayor of the City of Oregon City. They gathered enough signatures to successfully trigger a recall election, and Holladay was recalled by the voters of Oregon City in a special election held in late 2020.

ORS 249.875(1) gives recall petitioners only 90 days to obtain and submit an adequate number of petition signatures to trigger a recall election. Despite successfully triggering a recall election and recalling former Mayor Holladay, Plaintiffs/Appellants filed suit, arguing that the 90-day limitation found in ORS 249.875(1) violates the Federal (1st Amd) and Oregon Constitutions.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The District Court dismissed the federal and state law claims, finding a failure to state any viable federal claim and no jurisdiction to decide any state law claim. Accordingly, the main issues on appeal will be whether Plaintiffs/Appellants have adequately stated a 1st Amendment claim, and whether the District Court erred in dismissing the state law claims for lack of jurisdiction.

The parties have conferred and agree that mediation is unlikely to result in a compromise/settlement in this matter. That is largely because the nature of the case is, so to speak, "all or nothing." Plaintiffs/Appellants are seeking a declaration that the 90-day signature gathering limitation of ORS 249.875(1) is invalid and that its application to Plaintiffs/Appellants violates the 1st Amendment and the Oregon Constitution. The State will never agree to that resolution via settlement.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

N/A

**Signature** s/Jesse A. Buss  **Date** 02/17/2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *Rev. 09/01/22*

2