No. 23-35107

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

COMMITTEE TO RECALL DAN HOLLADAY, JEANA GONZALES, and ADAM MARL,
*Plaintiffs-Appellants*,

v.

JAKOB WILEY, City Recorder for Oregon City, in his official capacity,
*Defendant-Appellee,*

STATE OF OREGON,
*Intervenor-Defendant-Appellee*.

On Appeal from the United States District Court
for the District Court of Oregon, No. 3:20-CV-01631-YY
Hon. Youlee Yim You

**JOINDER OF APPELLEE JAKOB WILEY, CITY RECORDER FOR THE CITY OF OREGON CITY, IN HIS OFFICIAL CAPACITY, IN APPELLEE STATE OF OREGON'S BRIEF**

Kevin S. Mapes, OSB# 020079
William K. Kabeiseman, OSB#944920
Bateman Seidel, P.C.
1000 Broadway, Suite 1910
Portland, Oregon 97205
(503) 972-9920
Email: billkab@batemanseidel.com
      kmapes@batemanseidel.com
      *Of Attorneys for Defendant-Appellee City of Oregon City*

Pursuant to Federal Rules of Appellate Procedure Rule 28(i), Appellee Jakob Wiley, City Recorder for the City of Oregon City, in his official capacity, joins in Appellee State of Oregon's Brief (Docket Entry 17).

Dated this 10th day of July, 2023.

                BATEMAN SEIDEL MINER BLOMGREN
                CHELLIS & GRAM, P.C.

                By:   s/ Kevin S. Mapes
                     Kevin S. Mapes, OSB # 020079
                     William K. Kabeiseman, OSB #944920
                     *Of Attorneys for Defendant - Appellee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I directed the Appellee Jakob Wiley's Joinder in Appellee State of Oregon's Brief to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

        BATEMAN SEIDEL MINER BLOMGREN
        CHELLIS & GRAM, P.C.

        By:   s/ Kevin S. Mapes
            Kevin S. Mapes, OSB # 020079
            William K. Kabeiseman, OSB #944920
            *Of Attorneys for Defendant - Appellee*