No. 23-35107

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

COMMITTEE TO RECALL DAN HOLLADAY,
JEANA GONZALES, and
ADAM MARL,
*Plaintiffs – Appellants,*

v.

JAKOB WILEY, City Recorder for Oregon City, in his official capacity,
*Defendant – Appellee,*

and

STATE OF OREGON,
*Intervenor-Defendant – Appellee.*

## APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME
## TO FILE REPLY BRIEF

On Appeal from the United States
District Court of Oregon, Honorable Michael W. Mosman
Case No: 3:20-CV-01631-YY

_____

Jesse A. Buss, OR Bar 122919
Willamette Law Group, PC
411 Fifth Street
Oregon City OR 97045-2224
Tel: 503-656-4884
jesse@WLGpnw.com
*Attorney for Appellants*

## APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Pursuant to Circuit Rule 31-2.2(b), Appellants respectfully request a 30-day extension of time to file the Reply Brief. This motion is unopposed.

The Reply Brief was originally due on July 28, 2023. The current due date for the Reply Brief is August 28, 2023. If this 30-day extension is granted, the new due date will be September 27, 2023.

Appellants' counsel has exercised diligence in working on the Reply Brief, and the brief will be filed within the time requested. Despite exhibiting diligence in preparing the Reply Brief, Appellants have substantial need of an extension of time. Among the reasons an extension is necessary is that the undersigned is the sole lawyer working on this case, and he has had several other major pre-planned trial court and appellate briefs in other cases that have been due the past few weeks, and due this week and next week (the due dates for which are unlikely to be extended). For example, one of the above-described briefs must be filed next week, or a long-planned September 5th mediation cannot take place (the filing of the brief is a condition of mediation). In addition, multiple pre-scheduled hearings have prevented and will prevent the undersigned from completing the Reply Brief before the current due date of August 28th. Due to these competing and pre-scheduled professional deadlines in other matters, 30 days is needed in order to complete work on the Reply Brief.

Counsel for Appellants has conferred with counsel for the other parties, and they *do not* oppose this motion.

Therefore, Appellants respectfully request that the Court grant the Motion for Extension of Time to File Reply Brief to allow an additional 30 days, until September 27, 2023, to file the Reply Brief.

Respectfully submitted this 21st day of August 2023.

> */s/ Jesse A. Buss*
> Jesse A. Buss, Willamette Law Group, PC
> 411 Fifth Street
> Oregon City, OR 97045-2224
> Tel: 503-656-4884, jesse@WLGpnw.com
>
> *Attorney for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on August 21, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jesse A. Buss*
Jesse A. Buss, OSB No. 122919