UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COMMITTEE TO RECALL DAN HOLLADAY; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> JAKOB WILEY, City Recorder for the City of Oregon City, in his official capacity, <br><br> Defendant-Appellee, <br><br> STATE OF OREGON, <br><br> Intervenor-Defendant-Appellee. | No. 23-35107 <br><br> D.C. No. 3:20-cv-01631-YY <br> District of Oregon, <br> Portland <br><br> ORDER |

Appellants are directed to file a response to the petition for rehearing en banc within 21 days of the date of this order. The response shall not exceed 15 pages in length unless it complies with the alternative length limitation of 4,200 words. 9th Cir. R. 40-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT