No. 23-35107

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

COMMITTEE TO RECALL DAN HOLLADAY,
JEANA GONZALES, and
ADAM MARL,
*Plaintiffs – Appellants*,

v.

JAKOB WILEY, City Recorder for Oregon City, in his official capacity,
*Defendant – Appellee*,

and

STATE OF OREGON,
*Intervenor-Defendant – Appellee.*

**UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO THE STATE OF OREGON'S PETITION FOR REHEARING EN BANC**

On Appeal from the United States
District Court of Oregon, Honorable Michael W. Mosman
Case No: 3:20-CV-01631-YY

Jesse A. Buss, OR Bar No. 122919
Willamette Law Group, PC
411 Fifth Street, Oregon City OR 97045-2224
Tel: 503-656-4884, Email: jesse@WLGpnw.com
*Attorney for Plaintiffs-Appellants*

1

Plaintiffs move for a 21-day extension of time in which to file their response to the State of Oregon's ("the State") petition for rehearing en banc, from the current due date of July 5, 2024, to July 26, 2024. This is the first request for an extension of time regarding the response. Counsel for Plaintiffs has conferred with counsel for all other parties, all of whom have stated that they do not object to the requested extension of time.

The Court should grant this request for the following reasons:

1. The State filed a petition for rehearing en banc on June 11, 2024. On June 14, 2024, this Court requested that Plaintiffs file a response to the petition by July 5, 2024.

2. I am the sole attorney representing Plaintiffs in this matter, so I am the only attorney responsible for preparing the response.

3. I am scheduled to be out of the office on vacation from June 20, 2024, until July 2, 2024. To the extent I have time for legal work during that vacation, I already have other time-sensitive professional matters that will take up that limited available time.

4. For example, on July 2, 2024, I have a major brief due in *Monroe et al. v. City of Corvallis et al.*, Benton County Circuit Court Case No. 22CV39960. That project, among others, requires that I devote substantial time to other matters that prevent me from completing Plaintiffs' response by the current due date, despite

diligent efforts.

5. I am scheduled to be out of the office for the long weekend following the July 4th holiday, which includes the current due date (a Friday).

6. I have exercised diligence in this case, and I plan to file the response by the requested due date.

Accordingly, Plaintiffs request that the Court extend the deadline for their response by 21 days, to July 26, 2024.

Respectfully submitted this 18th day of June 2024.

        */s/ Jesse A. Buss*
        Jesse A. Buss, OSB No. 122919
        Willamette Law Group, PC
        411 Fifth St.
        Oregon City OR 97045
        Ph: 503-656-4884
        jesse@WLGpnw.com
        *Attorney for Plaintiffs-Appellants*